ACCEPTED
01-14-00872-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01-14-00872-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS

### CALHOUN/HOLIDAY PLACE, INC., *et al*

### V.

### WELLS FARGO BANK, N.A.

### On appeal from the 55th Judicial District Court of Harris County, Texas Cause No. 2011-56876

### APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, Wells Fargo Bank, N.A., requests a 14–day extension to file its brief, and for good cause, would show as follows:

1.     Appellee's brief is due on June 29, 2015.

2.     This is Appellee's third request for an extension of time. The previous extensions were for 30 days and 7 days, respectively.

3.     Appellee requests a 14–day extension to file its brief so the undersigned can adequately prepare the same.

1

4.      The undersigned has not had sufficient time to prepare Appellee's brief due to the demands of his docket during the last month, which include:

- Preparing and filing a brief on the merits with the Texas Supreme Court on June 5th in the case–styled and numbered *Morrison v. Whispering Pines Lodge I, LLP*, Case No. 14–0318.

- Preparing and filing a brief on June 8th in the case–styled and numbered, *Phillips Development Realty, LLC v. LJA Engineering, LLC*, Case No. 14-14-00858-CV.

- Preparing and filing a brief on the merits with the Texas Supreme Court on June 12th in the case–styled and numbered *Worldwide Clinical Trials v. Arnold*, Case No. 14–0786.

- Preparing and filing a motion for rehearing on June 15th in the case–styled and numbered, *First American Title Insurance Co. v. Patriot Bank*, Case No. 01–14–00170–CV.

- Preparing and filing responses to motions to dismiss and motions to abstain in bankruptcy adversary proceeding where the debtor seeks an injunction against criminal prosecution in Nevada. The hearing on these motions is set for June 23rd. The case is styled and numbered *D'Amico v. Nevada Property I, LLC d/b/a Cosmopolitan of Las Vegas, et al*, Case No. 14–03529.

5.      More important, the undersigned was retained last weekend to defend a contempt proceeding in the case–styled and numbered, *Ahmed v. Martinez,* Cause No. 2013–08674, in the 247th Judicial District Court of Harris County, Texas.  A full evidentiary hearing was held on June 24, 2015. A petition for writ of mandamus will be filed this week because time

2

is of the essence, as the case involves an order regarding international travel with a minor child that is scheduled for July 13, 2015. This evidentiary hearing and the preparation of the petition for writ of mandamus—which was not expected when the undersigned filed his second motion for extension of time—has prevented the undersigned from completing Appellee's brief in this case.

6.  The undersigned has also drafted other pleadings, discovery materials, attended conferences, and otherwise attended to routine litigation matters in the last month

7.  Thus, additional time is needed for the undersigned to prepare and file Appellee's brief.

8.  Under Tex. R. App. P. 10.3, the undersigned conferred with counsel for Appellants, and counsel is unopposed to this motion.

FOR THESE REASONS, Appellee prays that the Court grant this motion for extension of time and extend the deadline for filing Appellee's brief to July 13, 2015.

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC

By: */s/ Sean M. Reagan*
      Sean Michael Reagan
      sreagan@lpmfirm.com
      Texas Bar No. 24046689
      9545 Katy Freeway, Suite 200
      Houston, Texas 77024
      Telephone: 713-785-0881
      Facsimile: 713-784-0884

**ATTORNEY FOR APPELLEE**

**Certificate of Service**

I certify that a true and correct copy of this document has been served to all interested parties of record on this the 28th day of June 2015 as follows:

H. Miles Cohen                    *Via Email*
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010

                    */s/ Sean M. Reagan*
                    Sean M. Reagan